IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FRANK WATTS, II**                                                           **PETITIONER**

VS.                            No. 5:11CV00128 JMM

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                          **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 27th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE